# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jason T Cole            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11083 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ *Michael Farrington*

                                      Michael Farrington
                                      03 May 2023, 16:48:16, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322