UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
JASON T. COLE,                                      : Case No.  23-11083-PMM
               Debtor          :

## ORDER

Upon consideration of the Stipulation Regarding Secured Value of 2011 Chrysler Town

& Country and Pre-Confirmation Adequate Protection Payments to be Made by the Trustee to

Riverfront Federal Credit Union, and upon consideration of any responses thereto, it is hereby

ORDERED that the terms of the Stipulation are hereby approved.

BY THE COURT:

Date: May 10, 2023

_____
Patricia M. Mayer, J.

10591453.1