| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-11083-PMM**

Jason T. Cole
601 El Hatco Drive
Temple  PA    19560

Petition Filed Date: 04/14/2023
341 Hearing Date: 06/13/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | $225.00 | | 06/12/2023 | $400.00 | | 07/12/2023 | $400.00 | |

**Total Receipts for the Period: $1,025.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $783.42 | $0.00 | $0.00 |
| 2 | M&T BANK »» 002 | Mortgage Arrears | $28,130.12 | $0.00 | $0.00 |
| 3 | RIVERFRONT FEDERAL CREDIT UNION »» 003 | Secured Creditors | $10,216.93 | $450.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,025.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $450.00 | Arrearages: | $175.00 |
| Paid to Trustee: | $92.25 | Total Plan Base: | $47,202.28 |
| Funds on Hand: | $482.75 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.