**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Jason T. Cole,              :        Chapter 13
                        Debtor      :        Bankruptcy No. 23-11083-PMM


**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # _35_, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # _34_) is approved.


BY THE COURT:

Dated: 2/1/24

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge