# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     Jason T. Cole,<br>              Debtor | Bankruptcy No. 23-11083-PMM<br>Chapter 13 |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Approve Loan Modification between Debtor, Jason T. Cole, and creditor M&T Bank and after notice and an opportunity for a hearing,

IT IS HEREBY ORDERED and DECREED that the Motion is APPROVED.

BY THE COURT

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: February 1, 2024**