Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11083-PMM

Jason T. Cole

601 El Hatco Drive

Temple  PA    19560

Petition Filed Date: 04/14/2023

341 Hearing Date: 06/13/2023

Confirmation Date: 10/05/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/11/2023 | $400.00 | | 09/21/2023 | $363.00 | | 10/05/2023 | $363.00 | |
| 10/23/2023 | $363.00 | | 11/06/2023 | $363.00 | | 11/22/2023 | $268.58 | |
| 12/22/2023 | $268.58 | | 01/12/2024 | $285.01 | | 02/13/2024 | $285.01 | |
| 03/12/2024 | $285.01 | | 04/18/2024 | $176.00 | | 05/20/2024 | $176.00 | |
| 06/27/2024 | $176.00 | | 07/16/2024 | $176.00 | | | | |

**Total Receipts for the Period: $3,948.19   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,148.35**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | | | **CLAIMS AND DISTRIBUTIONS** | | |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,135.00 | $3,751.39 | $383.61 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $783.42 | $0.00 | $783.42 |
| 2 | M&T BANK »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | RIVERFRONT FEDERAL CREDIT UNION »» 003 | Secured Creditors | $900.00 | $900.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $0.00 | $1,290.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $850.00 | $0.00 | $850.00 |

**Chapter 13 Case No. 23-11083-PMM**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,148.35 | Current Monthly Payment: | $175.16 |
| Paid to Claims: | $4,651.39 | Arrearages: | ($3.36) |
| Paid to Trustee: | $496.96 | Total Plan Base: | $8,823.35 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.