| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11083-PMM**

| | |
|---|---|
| Jason T. Cole | Petition Filed Date: 04/14/2023 |
| 601 El Hatco Drive | 341 Hearing Date: 06/13/2023 |
| Temple  PA    19560 | Confirmation Date: 10/05/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2024 | $175.16 | | 09/16/2024 | $175.16 | | 10/15/2024 | $175.16 | |
| 11/12/2024 | $175.16 | | 12/10/2024 | $175.16 | | 01/10/2025 | $175.16 | |
| 02/10/2025 | $175.16 | | 03/10/2025 | $175.16 | | 04/10/2025 | $175.16 | |
| 05/12/2025 | $175.16 | | 06/10/2025 | $175.16 | | 07/11/2025 | $175.16 | |

**Total Receipts for the Period: $2,101.92   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,250.27**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,135.00 | $4,135.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $783.42 | $0.00 | $783.42 |
| 2 | M&T BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $900.00 | $900.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $850.00 | $268.08 | $581.92 |

**Chapter 13 Case No. 23-11083-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,250.27 | Current Monthly Payment: | $175.16 |
| Paid to Claims: | $6,593.08 | Arrearages: | ($3.36) |
| Paid to Trustee: | $657.19 | Total Plan Base: | $8,823.35 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.