**Fill in this information to identify the case:**

Debtor 1        **Jason T. Cole**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **23-11083-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   M&T BANK

**Court claim no.**  (if known):
2-2

**Last 4 digits** of any number you use to identify the debtor's account:   4  3  9  3

**Property Address:**   601 EL HATCO DR
Number        Street

TEMPLE                                    PA      19560
City                                           State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____ -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman _____          Date    05/21/2026 _____
Signature

Trustee    Scott F. Waterman _____
           First Name          Middle Name          Last Name

Address    2901 St. Lawrence Avenue, Suite 100 _____
           Number          Street

           Reading _____    PA    19606 _____
           City                           State    ZIP Code

Contact phone    (610) 779-1313 _____          Email    info@ReadingCh13.com _____

| Debtor 1 | **Jason T. Cole** | | Case Number **23-11083-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |