Certificate Number: 20102-PAE-DE-041113909

Bankruptcy Case Number: 23-11083



20102-PAE-DE-041113909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2026, at 1:27 o'clock PM EDT, Jason Cole completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 19, 2026                          By:      /s/Marcy Walter

Name:   Marcy Walter

Title:   President-Manager